UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -8 AM 10: 41

UNITED STATES OF AMERICA,           )   Magistrate Docket No.
                                    )
                Plaintiff,          )
                                    )   '08 MJ 2760    COMPLAINT FOR VIOLATION OF
                v.                  )
                                    )   Title 8, U.S.C., Section 1326
Fernando PUENTE-Mancera,            )   Deported Alien Found in the
                                    )   United States
                                    )
                Defendant           )
                                    )

The undersigned complainant, being duly sworn, states:

On or about **September 5, 2008** within the Southern District of California, defendant, **Fernando PUENTE-Mancera,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th DAY OF SEPTEMBER, 2008

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Fernando PUENTE-Mancera**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On September 5, 2008 Supervisory Border Patrol Agent J. Carrell received a report that Border Patrol Agent A. Ortega was attempting to locate two suspected aliens in the brush near the intersection of Valentino Street and Servando Avenue in San Ysidro, California. This area is located approximately two miles west of the San Ysidro, California Port of Entry and one half mile north of the United States/Mexico International border. Undocumented aliens commonly use this area to further their illegal entry into the United States.

Agent Carrell arrived on scene and began an extensive search of the area. Subsequently Agent Carrell found two individuals, including one later identified as the defendant, **Fernando PUENTE-Mancera**, attempting to hide in the brush. Agent Carrell identified himself as a Border Patrol Agent and queried the two as to their immigration status. Each of the individuals, including the defendant admitted to being citizens and nationals of Mexico illegally present in the United States. At approximately 5:30 p.m., Agent Carrell placed both individuals in custody and transported them to Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on September 4, 2008** through **Calexico, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant admitted that he understood his rights and agreed to be interviewed without representation. The defendant admits to being a citizen and national of Mexico illegally present in the United States.

Executed on September 6, 2008 at 9:00 a.m.

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 5, 2008, in violation of Title 8, United States Code, Section 1326.

Louisa S. Porter
United States Magistrate Judge

9/6/08   1:00pm
Date/Time